# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL GODFREY, <br> Petitioner, <br> v. <br> WARDEN PBSP, <br> Respondent. | Case No. 19-cv-04582 NC (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner incarcerated at Pleasant Valley State Prison and proceeding *pro se*, seeks federal habeas review of the execution of his state sentence pursuant to 28 U.S.C. § 2254. *See* Dkt. No. 1 at 1. In the underlying federal habeas petition, Petitioner challenges prison disciplinary proceedings which he contends deprived him of six months of good-time credits. *See id*.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Pleasant Valley State Prison is located in Coalinga, California, which lies within the Eastern District of California, the Court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

Case No. 19-cv-04582 NC (PR)
ORDER OF TRANSFER

1

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district in which Petitioner is currently confined. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(2). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: August 30, 2019

NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

Case No. 19-cv-04582 NC (PR)
ORDER OF TRANSFER