UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL GODFREY,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN PBSP,<br><br>    Respondent. | Case No. 1:19-cv-01197-NONE-JDP<br><br><u>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION TO WITHDRAW MOTION TO AMEND, LIFT STAY OF DEADLINES AND TRANSFER MOTION TO THE NORTHERN DISTRICT; ORDER CORRECTING TITLE; AND ORDER GRANTING PETITIONER'S (CONSTRUED) MOTION TO RULE</u><br><br>(Doc. Nos. 21, 22, 25) |

      Pending before the Court is Petitioner Joshua Michael Godfrey's Motion to Withdraw Motion to Amend Petition, Request to Lift Stay of Deadlines, and Request to Transfer Motion to Amend to 20-cv-01381-NC filed March 30, 2020. (Doc. No. 21). Also pending is Petitioner's construed motion to rule filed August 14, 2020. (Doc. No. 25).

      Petitioner is proceeding on his *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the forfeiture of credits stemming from a disciplinary action. (*See generally* Doc. No. 1). On February 14, 2020 Petitioner moved to amend his petition. (Doc. No. 17). On March 18, 2020 the Court granted Petitioner leave to amend his petition. (Doc. No. 18). To date, Petitioner has not filed an amended petition. Petitioner now moves to withdraw his motion to amend from the instant case, lift the stay of deadlines, and "transfer" his motion to amend to his

case in the U.S. District Court for the Northern District of California.[1]  (*See generally* Doc. No. 21).  Petitioner also asks the Court to rule in this matter, claiming that he has duly responded to the Respondent's Motion to Dismiss.  (*See generally* Doc. No. 25).

The Court will grant Petitioner's motion to withdraw his motion to amend.  Although the Court issued a stay of the deadlines set forth in the Scheduling Order (Doc. No. 12) until after review of the Petitioner's amended petition (Doc. No. 18), Respondent filed a Motion to Dismiss in response to the Petition on March 27, 2020.  (*See* Doc. No. 19).  On April 8, 2020, Petitioner filed a response in opposition to the motion to dismiss, incorrectly labeled as a motion for summary judgment.  (*See* Doc. No. 22).  Respondent filed a reply (Doc. No. 23) and Petitioner filed a sur-reply (Doc. No. 24).  Thus, the Court finds the Motion to Dismiss ripe for review without further briefing.  Finally, a review of the court's files reveals that Petitioner's case in the Northern District was dismissed and closed on June 30, 2020.  *See Godfrey*, No. 5:20-cv-01381-BLF, Doc. Nos. 19, 20.  Accordingly, the Court denies Petitioner's motion to transfer his motion to amend to the Northern District.  As noted, because the Court deems Respondent's Motion to Dismiss ripe for review, the Court will grant Petitioner's construed motion to rule.  Nonetheless, Petitioner is advised the Court endeavors to handle all matters before in an expeditious manner and a decision will issue in due course as the Court's schedule permits.

**Accordingly:**

1. Petitioner's Motion to Withdraw Motion to Amend Petition, Request to Lift Stay of Deadlines, and Request to Transfer Motion to Amend (Doc. No. 21) is **GRANTED in part and DENIED in part.**  Petitioner's motion to withdraw his motion to amend is

---

[1] *Godfrey v. Warden PVSP*, No. 5:20-cv-01381-BLF (N.D. Cal. June 30, 2020).

**GRANTED**, his motion to lift the stay is **GRANTED** *nunc pro tunc*, and his motion to transfer his motion to amend to the Northern District is **DENIED**.

2. The **Clerk of Court** shall correct the title of Doc. No. 22 to read "Petitioner's Opposition to Respondent's Motion to Dismiss" and terminate the incorrectly titled motion for summary judgment as a pending motion.

3. Petitioner's construed motion to rule (Doc. No. 25) is **GRANTED to the limited extent** the Court deems Respondent's Motion to Dismiss ripe for review.

IT IS SO ORDERED.

Dated:     December 29, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE