UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL GODFREY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN PBSP,<br><br>　　　　　　Respondent. | No.  1:19-cv-01197-NONE-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING RESPONDENT'S MOTION TO DISMISS<br><br>(Doc. No. 34) |

Petitioner Joshua Michael Godfrey is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2021, the assigned magistrate judge issued findings and recommendations recommending that the respondent's motion to dismiss be denied.  (Doc. No. 34.)  The pending findings and recommendations were served on both parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id*. at 7-8.)  That time has passed, and neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 30, 2021 (Doc. No. 34), are adopted in full;
2. Respondent's motion to dismiss (Doc. No. 19) is denied;
3. This case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **September 27, 2021**

UNITED STATES DISTRICT JUDGE

2